UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Amber Rucker

       Plaintiff

                                          CIVIL ACTION NO.:
      v.                                20-11761-NMG

Harvard T.H. Chan School of Public Health

       Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT
August 16, 2022

Gorton, D.J.

In accordance with the Memorandum & Order entered on <u>August 16, 2022</u>, ALLOWING the Defendant's Motion for Summary Judgment.

This case is hereby DISMISSED.

SO ORDERED.

                                      <u>/s/Nathaniel M. Gorton</u>
                                      NATHANIEL M. GORTON
                                      United States District Judge